# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stewart, Carl E. | 2. Court or Organization<br><br>United States Fifth Circuit Court of Appeals | 3. Date of Report<br><br>05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Chief Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
300 Fannin Street, Suite 5226
Shreveport, Louisiana 71101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | LSU Health Shreveport Feist-Weiller Cancer Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Inns of Court Foundation | 01/29/2015 -- 02/01/2015 | Orlando, Florida | AIC Mid-Wiinter BoardMeeting/Strategic Planning Meeting | Transportation, lodging |
| 2. | Louisiana State University Law Center | 02/03/2015 -- 02/04/2015 | Baton Rouge, Louisiana | Rubin Lecturer | Transportation, lodging, and meals |
| 3. | Texas Tech University School of Law | 02/10/2015 -- 02/12/2015 | Lubbock, Texas | Guest Lecturer | Transportation, lodging, and meals |
| 4. | St. Mary's University School of Law | 02/12/2015 -- 02/13/2015 | San Antonio, Texas | Rosewood Gavel Recipient | Transportation, lodging, and meals |
| 5. | COMBAR | 02/20/2015 -- 02/24/2015 | London, England | COMBAR's Global Law Summit | Transportation, lodging, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stewart, Carl E. | 05/11/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bar Association | 04/15/2015 -- 04/17/2015 | New Orleans, Louisiana | 2015 Section of Litigation Section Annual Conference | Transportation, lodging, and meals |
| 7. | American Inns of Court Foundation | 05/12/2015 -- 05/13/2015 | Washington, D.C. | AIC Strategic Planning Task Force Meeting | Transporation, lodging |
| 8. | Warren E. Burger Inn of Court | 05/19/2015 -- 05/21/2015 | St. Paul, Minnesota | Inn Meeting Speaker | Transportation, lodging, and meals |
| 9. | American Inns of Court Foundation | 05/28/2015 -- 06/01/2015 | Anaheim, California | AIC Board Meeting/ Strategic Planning Meeting | Transportation, lodging |
| 10. | American Bar Association | 06/11/2015 -- 06/16/2015 | London, England | ABA Meeting Speaker/ Participant | Transportation, lodging, and meals |
| 11. | Dallas Chapter, Federal Bar Association | 06/18/2015 -- 06/19/2015 | Dallas, Texas | Annual Judiciary Appreciation Luncheon Speaker | Transportation, lodging, and meals |
| 12. | Boston Inn of Court | 06/22/2015 -- 06/24/2015 | Boston, Massachusetts | Inn Meeting Speaker | Transportation, lodging, and meals |
| 13. | Mississippil Bar Association | 07/09/2015 -- 07/10/2015 | San Destin, Florida | Annual Meeting/Summer School | Transportation, lodging |
| 14. | University of North Texas-Dallas College of Law | 08/16/2015 -- 08/16/2015 | Dallas, Texas | Convocation Speaker | Transportation, meal |
| 15. | American Inns of Court Foundation | 09/28/2015 -- 10/08/2015 | London, England | AIC Fall Visit to Middle Temple/Opening of the Legal Year | Transportation, lodging |
| 16. | American Inns of Court Foundation | 10/22/2015-- 10/25/2015 | Washington, D.C. | AIC Fall Meeting/ Celebration of Excellence | Transportation, lodging |
| 17. | El Paso Inn of Court | 10/28/2015 -- 10/30/2015 | El Paso, Texas | Inn Meeting Speaker | Transportation, lodging, and meals |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stewart, Carl E. | 05/11/2016 |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA (Post Office Employee Credit Union) | A | Interest | L | T | | | | | |
| 2.   IRA (Post Office Employee Credit Union) | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Carl E. | 05/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carl E. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544